# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| T.E.<br>*Plaintiff*<br>v.<br>MARTIN O'MALLEY, Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No. 3:23-cv-00154-RRB<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this matter is hereby remanded for the payment of benefits.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: June 10, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*